UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS L. BOYD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:11CV00466 AGF |
| U.S. BANK, N.A., | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Parties' separate motions to enforce a settlement agreement purportedly reached in this case.  On March 27, 2012, the Court issued an order staying discovery based on the Parties' representation that they had reached a settlement in principle and were negotiating the terms of a loan modification.

"'Contract law governs the question of whether the parties entered into an enforceable settlement agreement.'" *Leaf Funding, Inc. v. Florissant MRG, Inc.*, No. 4:08CV00284 (CEJ), 2010 WL 1438810, at *3 (E.D. Mo. Apr. 12, 2010) (quoting *St. Louis Union Station Holdings, Inc. v. Discovery Channel Store, Inc.*, 301 S.W.3d 549, 552 (Mo. Ct. App. 2009).  "'The creation of a valid settlement agreement requires a meeting of the minds and a mutual assent to the essential terms of the agreement.'" *Id*. Upon review of the record, it is apparent to the Court that an agreement has not been reached on at least one significant matter, the payment of escrow fees.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Enforce Settlement is **DENIED**.  (Doc. No. 44.)

**IT IS FURTHER ORDERED** that Defendant's Motion to Enforce Settlement Agreement is **DENIED**.  (Doc. No. 40.)

**IT IS FURTHER ORDERED** that the stay issued on March 27, 2012, is **LIFTED**.

**IT IS FURTHER ORDERED** that the Parties, on or before September 10, 2012, shall submit a joint proposed Amended Case Management Order to govern the continuation of this case.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of August, 2012.